UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MORTON,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S.A. FEDERAL COURT,<br><br>      Defendant. | No.  2:14-cv-1608 KJM CKD PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

      By order filed July 10, 2014, this court directed plaintiff to submit the appropriate filing fee.  That time period has now passed, and plaintiff has not paid the filing fee or otherwise responded to the court's order.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

/////

/////

1

within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 1, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 morton.ftc

2